6 A.3d 435

IN THE MATTER OF NEDUM C. EJIOGU, AN ATTORNEY
AT LAW (ATTORNEY NO. 053151991).

October 27, 2010.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **NEDUM C. EJIOGU** of **BLOOMFIELD,** who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of one year, retroactive to July 19, 2001, by Order of this Court filed January 16, 2009, be restored to the practice of law, effective immediately; and it is further

ORDERED that **NEDUM C. EJIOGU** shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until the further Order of the Court.